# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3750

_____

Gail P. Bates,                                 *
                                               *
            Appellant,                         *
                                               *    Appeal from the United States
      v.                                       *    District Court for the
                                               *    Eastern District of Arkansas.
Morrison Management Specialists,               *
Inc. (originally sued as Morrisons),           *    [UNPUBLISHED]
                                               *
            Appellee.                          *

_____

Submitted:  December 29, 2009
Filed:  January 4, 2010

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

      In this employment-discrimination case, Gail Bates appeals from the order of the District Court[1] granting summary judgment to Morrison Management Specialists. We have carefully reviewed the record and considered Bates's arguments and conclude that summary judgment was proper. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review).  Accordingly, we affirm.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.